1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JOSEPH M. ALIOTO JR. (CABN 215544)
   SCOTT D. JOINER (CABN 222313)
5  WILLIAM FRENTZEN (LABN 24421)

6  Assistant United States Attorney

7        1301 Clay Street, Suite 340S
         Oakland, California 94612
8        Telephone: (510) 637-3680
         Facsimile: (510) 637-3724
9        Joseph.Alioto@usdoj.gov
         Scott.Joiner@usdoj.gov
10       William.Frentzen@usdoj.gov

11 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-00818 PJH |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| PURVIS LAMAR ELLIS, et al. | |
| Defendants. | |

On August 17, 2015, the Court ordered the parties to meet and confer to set a schedule to brief issues related to the confidential informant. (Doc. 127 at 21-23.) The parties have discussed the matter through electronic mail and have agreed that the United States shall file its brief on or before September 16, 2015; Defendants shall respond on or before September 30,

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CR 13-00818 PJH

2015; and a hearing on the matter will be held on October 21, 2015 at 1:30 pm.

SO STIPULATED:

Dated: September 11, 2015                    Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

*/s/ Joseph M. Alioto Jr.*
_____
JOSEPH M. ALIOTO JR.
SCOTT JOINER
WILLIAM FRENTZEN
Assistant United States Attorneys

*/s/ Marth Boersch*
_____
MARTHA BOERSCH
Counsel for Defendant PURVIS L. ELLIS

*/s/ Chris Cannon*
_____
CHRIS CANNON
Counsel for Defendant DEANTE T. KINCAID

*/s/ James Vaughns*
_____
JAMES VAUGHNS
Counsel for Defendant DAMIEN E. McDANIEL

*/s/ Edwin Prather*
_____
EDWIN PRATHER
Counsel for Defendant JOSEPH PENNYMON

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on stipulation of the parties and good cause appearing, the United States' brief outlining its position on withholding the identity of a confidential informant is due on or before September 16, 2015.  Defendants' Response is due on or before September 30, 2015.  A hearing on the matter will be held on October 21, 2015 at 1:30 pm.

IT IS SO ORDERED.

Dated: September _____, 2015                    _____
                                                   HON. PHYLLIS J. HAMILTON
                                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CR 13-00818 PJH