UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANTE TERRANCE KINCAID,<br><br>Defendant. | Case No. 13-cr-00818-PJH-2<br><br>**ORDER DIRECTING GOVERNMENT TO FILE RESPONSE TO RULE 60 MOTION**<br><br>Re: Dkt. No. 484 |

Petitioner in this habeas case has filed a motion under Rule 60(b) for relief from the judgment denying his § 2255 petition. See Dkt. 484. The court hereby directs the government to file a response to petitioner's motion, no later than **January 6, 2022**. The government shall also serve a copy of the response on petitioner. If petitioner wishes to reply, he shall do so by filing a reply brief with the court no later than **January 20, 2022**. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated:  December 3, 2021

                                             /s/ *Phyllis J. Hamilton*
                                             PHYLLIS J. HAMILTON
                                             United States District Judge