UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-00818-PJH-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| DEANTE KINCAID, | Re: Dkt. No. 538 |
| Defendant. | |

The defendant in the above-captioned case filed a motion for appointment of counsel, which was denied without prejudice on February 2, 2023. See Dkt. 536. The order directed defendant to provide the court with either (1) a copy of any certification to file a second or successive petition that he has obtained from the Ninth Circuit, or (2) legal authority that excuses him from the requirement to obtain such certification. See id.

A copy of the order was mailed to defendant, but was returned as undeliverable. See Dkt. 537. A copy of the order was then re-sent to the correct address, but only after the original response deadline set in the order had already passed. Defendant thus asks for an extension of time to respond (Dkt. 538), and the request is GRANTED. Defendant shall have ninety (90) days from the date of this order to file a response to the court's directions from the February 2, 2023 order.

**IT IS SO ORDERED.**

Dated: April 5, 2023

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge